UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DOMINICK L. PERALTA AND ) <br> HEIDI L. PERALTA ) <br>    Plaintiffs ) <br> ) <br> v. ) <br> ) <br> GIRARD MOTORS, INC. AND NISSAN ) <br> MOTOR ACCEPTANCE CORP. ) <br>    Defendants ) <br> ) | CIVIL ACTION NO. <br> 3:10-CV-02015-JCH <br><br><br><br><br><br> APRIL 7, 2011 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(ii), the plaintiffs, Dominick L. Peralta and Heidi L. Peralta, through their attorney, and the defendants, Girard Motors, Inc. and Nissan Motor Acceptance Corp., through their attorneys, hereby stipulate that the claims of the above-entitled action shall be dismissed with prejudice, and without costs or attorney's fees.

                        Plaintiffs, Dominck L. Peralta and Heidi L. Peralta

                        By /s/ Daniel S. Blinn
                        Daniel S. Blinn  (ct 02188)
                        Consumer Law Group, LLC
                        35 Cold Spring Road, Suite 512
                        Rocky Hill, CT  06067
                        Tel: (860) 571-0408
                        Fax: (860) 571-7457
                        dblinn@consumerlawgroup.com

Defendant, Girard Motors, Inc.

By /s/ Frederick O'Brien
Frederick O'Brien (ct08989)
Regnier, Taylor, Curran & Eddy.
100 Pearl Street, 10th Floor
Hartford, CT 06103
Tel: (860) 249-9121


Defendant, Nissan Motor Acceptance Corporation

By /s/ Michelle M. Seery
Michelle M. Seery (ct24101)
William J. O'Sullivan (ct08452)
Baker O'Sullivan & Bliss PC
Putnam Park, Suite 100
100 Great Meadow Road
Wethersfield, CT 06109-2371
Tel: (860) 258-1993
Fax: (860) 258-1991
seery@boblawyers.com
O'sullivan@boblawyers.com


## CERTIFICATION

I hereby certify that on this 7th day of April, 2011, a copy of the foregoing Stipulation of Dismissal was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

/s/ Daniel S. Blinn
Daniel S. Blinn